# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA12 | 09944847 | McClendon | 113 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 10/06/2020 04:46 | VSC 46.2-874 |

**Place of Offense:** Shop RD / 11th St

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Speeding (40/25mph Posted Zone)
ROP: E7/SFC C co 16th OR

### DEFENDANT INFORMATION
Phone: [redacted]

Last Name: Wehl   First: Paul   M.I.: A

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| UKN-3027 | VA | 16 | Toyota | Gray |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 95 Forfeiture Amount
+ $30 Processing Fee
$ 125 Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
U.S. DISTRICT COURT
701 E. BROAD ST.
RICHMOND, VA 23219

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*09944847*

CVB SCAN 10/19/2020 16:0

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **6 Oct**, 20**20** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

While Conducting (S) Radar at Shop RD and 11th St. In the Limits of Fort Lee. I observed a Gray in Color Lone Vehicle traveling West at a high rate of speed. My estimation of 40 mph was consistent with the high pitch doppler tone and Radar Reading.
I conducted a traffic stop and identified the driver by his drivers license to be Mr. Wehl, Paul who was issued one USDC Violation notice for speeding 40/25 mph Posted Zone.

EA
Facing - East

Mr. Wehl was cooperative.

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/06/2020**   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident